UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

Jeffrey T. Szudarek                                  Chapter 7
Nicole J. Szudarek                                   Case No. 10-60950-SWR
              Debtor.          Hon. Steven W. Rhodes
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

To the Clerk of the Court:

The attached check in the amount of $10.23, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. .347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 1 | Chase Bank, USA, N.A.<br>P.O. Box 15145<br>Wilmington, DE 19850-5145 | $ 4.64 |
| 4 | State Farm Bank<br>C/O Becket & Lee LLP<br>P.O.B. 3001<br>Malvern, PA 19355-0701 | $ 3.68 |
| 5 | GE Money Bank<br>C/O Recovery Management System<br>25 SE 2nd Ave. Suite 1120<br>Miami, FL 33131-1605 | $ 1.91 |
| | **TOTAL:** | **$10.23** |

Dated: 11/10/11

/s/ Frederick J. Dery
Frederick J. Dery, Trustee
803 W. Big Beaver
Suite 353
Troy, MI 48084
fdery@fredjdery.com